UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

AMERICAN WILD HORSE PRESERVATION )
CAMPAIGN, et al.,                )
                                 )
         Plaintiffs,             )
                                 )
v.                               )   Civ. No. 3:13-00441
                                 )
TOM VILSACK, Secretary           )
Department of Agriculture, et al., )
                                 )
         Defendants.             )

# **EXHIBIT 5**



# Notice
## OF INTENT TO IMPOUND UNAUTHORIZED LIVESTOCK
(Ref: FSM 2256.03, 36 CFR 222.8, 36 CFR 262.2)

Notice is hereby given that all unauthorized livestock found upon National Forest System Lands or other lands within the area identified below will be impounded by the United States Forest Service on or after August 1, 2013 in cooperation with the Fort McDermitt Tribal Council. All livestock gathered will be transported to the Fort McDermitt Paiute & Shoshone reservation for disposition consistent with Fort McDermitt Tribal law and order code and the Fort McDermitt Horse Gather 2013 Participating Agreement between the United States Forest Service and the Fort McDermitt Tribal Council. **All persons not wanting their unauthorized livestock gathered must remove them from the impoundment area before the gather occurs.**

| TOPOGRAPHIC UNIT, LEGAL SUBDIVISION OR ALLOTMENT | RANGER DISTRICT |
|---|---|
| **Fort McDermitt Paiute & Shoshone Reservation; USFS Indian C&H Allotment, Quinn River C&H Allotment & Eight Mile Closed Allotment.** | **Santa Rosa Ranger District** |
| **Townships of Intended Gather**<br>Oregon – T41S R44E & T40S R44E<br>Nevada – T47N R38, 39, 40, 41E; T 46N R39, 40, 41E; & T45 N R39,41E<br>See attached map. | |
| NATIONAL FOREST OR GRASSLAND | STATE |
| **Humboldt-Toiyabe National Forest** | **Nevada** |

Livestock to be gathered and transported to a Fort McDermitt Paiute & Shoshone Reservation holding facility are described as follows:

    All branded or unbranded horses which are not authorized to graze within the lands identified above and horses on reservation lands not under the direct control of the owner.

Horse owners will be given the opportunity to identify, take possession of, and remove their horses on the day they are gathered without charge. Horse owners can elect to enter into an agreement to sell their horses with the Fort McDermitt Tribal Council and will receive the proceeds of the sale of their horses. Agreement-to-Sell forms are available at the Tribal Office in the Fort McDermitt Community Center. For further information contact Maxine Smart – Chair – Fort McDermitt Tribal Council or Duane Masters Sr. - Environmental Director – Fort McDermitt Paiute-Shoshone Tribe of Nevada & Oregon, (775) 532-8259. Unclaimed horses and horses without established ownership will be claimed by the Fort McDermitt Tribal Council consistent with tribal law and order code. All horses claimed by the Fort McDermitt Tribal Council and those with a completed "Agreement-to-Sell" form will be sold at auction in accordance with the Fort McDermitt Horse Gather 2013 Participating Agreement.

Signed at Winnemucca, Nevada on this 14th Day of June, 2013

*Jeff Ulrich* (signature)

| NAME AND SIGNATURE | TITLE |
|---|---|
| Jeff Ulrich | District Ranger |



Fort McDermitt Gather Area