UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| American Wild Horse Preservation Campaign, | ) | |
| et al., | ) | |
|     Plaintiffs, | ) | Case No. 3:13-00441 |
| vs. | ) | Declaration of |
| | ) | Terry Padilla |
| Tom Vilsack, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

I, Terry Padilla, declare the following:

1. I am currently employed by the U.S. D.A Forest Service as the Regional Range Management Director and am located in Ogden, Utah.

2. I have been employed in this position since 2001.

3. In this position, I am responsible for oversight of rangeland management and the Wild Horse and Burro program for Region 4 of the Forest Service.

4. I have been observing and monitoring horses gathered by the Fort McDermitt Tribe at the Fallon Livestock Exchange since August 15, 2013.

5. I talked to Phillip Schank, DVM, of the Lahontan Animal Clinic in Fallon, Nevada, today regarding the condition of the horses.

6. Dr. Schank informed me that, he examined the Tribal horses being maintained at the Fallon Livestock Exchange (Exchange), Fallon, Nevada on August 19, 2013.

1

7. Dr. Schank advised me that, based on his examination, all of the horses maintained at the Exchange are domestic and not wild.

8. He also advised me that, while the horses are presently well cared for, they need to be removed from the Exchange as soon as possible because of high temperatures and a small confinement area.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed: August 20, 2013

_____
Terry Padilla