Gordon M. Cowan, Esq.
SBN# 1781
Law Office of Gordon M. Cowan
P.O. Box 17952
Reno, Nevada  89521
(775) 786-6111

Katherine A. Meyer
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMERICAN WILD HORSE PRESERVATION CAMPAIGN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:13-cv-00441-MMD-VPC |
| TOM VILSACK, Secretary Department of Agriculture, et al., | ) ) ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in light of the Court's decision entered yesterday on the motion for a temporary restraining order, Plaintiffs hereby voluntarily dismiss this case.

Respectfully submitted,


___/s/_____
Katherine A. Meyer
(D.C. Bar No. 244301)

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009

(202) 588-5206 / (202) 588-5049 (fax)


Date:   August 22, 2013